Exhibits - Troopers: Maggs, Mulvean, Peleon

Exhibits

1. Court Order Transfer 8-10-05
2. Dept of Correction Interstate Transfer 8-10-05
3. Transfer Payment Receipt 10-26-05
4. Copy Payment Check 10-24-05
5. Sex Offender Change of address
6. 3 page Change of Address
7. 4/3/06 Fraudulent invalid unsigned Arrest Warrant
8. Nov. 17, 2006 Preliminary Hearing Notice
9. Tax Payer, Home Owner
10. Nov. 29, 2006 Court Transcript
11. R.I Attorney General 32f Violation
12. Documenting the Damage to Property due to illegal arrest and incarceration

Exhibit #1

# DOC - Interstate Transfer Application Fee

Account # 626 TF
Inmate ID 103847

Last: MURRAY
First: VINCENT
MI:
Date of Birth: 11/5/2022
Agreement Date:

Telephone: (518) 794-9967
Ext.:
SSN: 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

Walved: No
Walved Date:

PPDate:
Original Due: $40.00

User In: MC
Date Add: 10/14/2005
PPAmount: $0.00
Previous Payments: $0.00

Skip Traced ☐ Date
NF ☐
Transfer Date: 8/10/2005
Subsequent Transter Date:
Ending Date:
Starting Balance: $40.00

Addresses

| Add Date | Address | | |
|---|---|---|---|
| 10/14/2005 | U.S. RT20, P.O. BOX 283 | | |
| Expired: No | WEST LEBANO | N | 12195- |
| Date | | | |

| Payment Date | @ITAF | @Lawyer | Payment Amount |
|---|---|---|---|
| 10/26/2005 | ☐ | ☐ | $40.00 |
| | | Total of Payments | $40.00 |

BALANCE $0.00

Preview Payment Agreement | Reports | Receipt | Add New | Employer Information | Filter

Preview Bill | Print | Preview S Bill | Print S | Preview F Bill | Print F | Preview L Bill | Print L

Billing Record Form | History of PPlan Agreement | Comments | Preview H Bill | Print H

Death Certificate ☐ Date
Bankruptcy ☐ Date
Add to Envelope Table

Complaint ☐ Date
Return To TF ☐ Date
Delete Envelope Table

Exhibit # 2

# STATE OF RHODE ISLAND
# DEPARTMENT OF CORRECTIONS
# INTERSTATE TRANSFER APPLICATION FEE

**Due Date:** 10/24/2005

VINCENT MURRAY
U.S. RT20, P.O. BOX 283
WEST LEBANON, NY 12195

| | | | |
|---|---|---|---|
| | | **Original Balance:** | $40.00 |
| **Account Number:** | 626 TF | **Payments To DOC:** | $0.00 |
| **TransferDate:** | 8/10/2005 | **Current Payments:** | $0.00 |
| | | **Total Amount Due:** | $40.00 |

Pd 10/24/06 ck# 623

**The Municipal Collection Agency, Ltd. (MCA), a Rhode Island Corporation, has been contracted by the State of Rhode Island, Department of Corrections to collect Interstate Transfer Application Fees.**

**As of March 29, 2004, all Offenders having their Parole or Probation supervision transferred from the State of Rhode Island to another State are required to pay an application processing fee, which has been instituted under the authority of Rhode Island General Laws, Section 42-56-10(22), Powers of the Director, and Section 42-56-38, Assessment of Costs.**

**If you do not pay the amount by the due date, we will proceed in the manner dictated by Law to collect this debt.**

**Use the enclosed envelope and return the bottom portion of this statement with a check or money order made payable to MCA. Do not send cash.**

**This letter is an attempt to collect a debt and information obtained will be used for that purpose.**

Exhibit #3

MUNICIPAL COLLECTION AGENCY, LTD.
P.O. Box 84
Providence, RI 02901-0084

STATE OF RHODE ISLAND
**DEPARTMENT OF CORRECTIONS - INTERSTATE TRANSFER APPLICATION FEE**
40 Howard Avenue
Cranston, RI 02920-3031
(401) 462 - 5131

# PAYMENT RECEIPT

| | | | |
|---|---|---|---|
| NAME : | **VINCENT MURRAY** | ACCOUNT NO: | **626 TF** |
| DOC ID#: | **103847** | ORIGINAL BALANCE : | **$40.00** |
| Transfer Date: | **8/10/2005** | PAYMENTS TO DOC : | **$0.00** |
| | | CURRENT PAYMENTS: | **$40.00** |
| | | BALANCE DUE : | **$0.00** |

MCA by : Michael F. Mazzinski

DATE : Wednesday, October 26, 2005

BankofAmerica CLT00a 11/8/2006 12:08:45 PM PAGE 1/001 ID=8882945658

:Linda COMPANY:

*Exhibit #4*

| | | | |
|---|---|---|---|
| Amount: | $40.00 | Sequence Number: | 0770135689 |
| Account: | 9444263718 | Capture Date: | 10/27/2005 |
| Bank Number: | 01150001 | Check Number: | 523 |

**VINCENT P. MURRAY**
P.O. BOX 8632
CRANSTON, RI 02920

57-1/115

0523

Date *10/24/05*

Pay to the Order of *M.C.A.* $ *40.00/xx*

*Forty and 00/xx* Dollars

FLEET BANK
GARDEN CITY OFFICE
CRANSTON, RI 02920

For *Acc. # 626TF* *Vincent P. Murray*

⑆011500010⑆ 94442 63718⑈ 0523 ⑈0000004000⑈

ENDORSE HERE

PAY TO THE ORDER OF
CITIZENS BANK OF RI
PROVIDENCE, RI 02903
011500120
FOR DEPOSIT ONLY
MUNICIPAL COLLECTION AGENCY, LTD.
FOR RI DEPARTMENT OF CORRECTIONS

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

CITIZENS 1591/91/142/914
RIVERSIDE RI 10272005
011500120
1300422505

BANK OF AMERICA,NA MAL
011000138 E0686 01 P03
10/27/05
0770135689

DCJS-3231 (7/05)

| DCJS USE ONLY | LOCAL USE ONLY | New York State SEX OFFENDER CHANGE OF ADDRESS FORM Please Type or Print all Information | NYSID No. |
|---|---|---|---|

| 1. Sex Offender's Name (Last, First, Middle) | 2. Date of Birth (Mo / Day / Yr) | 3. Height | 4. Weight | 5. Hair | 6. Eyes |
|---|---|---|---|---|---|
| Murray Vincent P | 11 05 22 | 5' 9 | 175 | Grey | Blue |

**Address Data**

| 7. Former Address (Street No., Street Name, Building No., Apt. No.) | 8. City, State, Zip | 9. County | 10. Date Moved |
|---|---|---|---|
| 422 Armistice Blvd | Pawtucket / RI | Providence | 02 06 06 |

| 11. New Residence Address (Street No., Street Name, Bldg. No., Apt No., etc.) | 12. City, State, Zip | 13. County | 14. Home Phone Number |
|---|---|---|---|
| 487 RT 20 Lebanon Valley Apts #3 | New Lebanon NY | Columbia | |

**Employer Data**

| 15. Name of Current Employer #1 | 16. Actual Employment Address (Street No., Street Name, etc.) | 17. City, State, Zip | 18. County |
|---|---|---|---|
| | | | |

| 19. Name of Current Employer #2 | 20. Actual Employment Address (Street No., Street Name, etc.) | 21. City, State, Zip | 22. County |
|---|---|---|---|
| | | | |

**Higher Education Data**

| 23. Name of Institution of Higher Education ☐ Attending ☐ Employed At ☐ Enrolled At | 24. Anticipated Dates of Attendance, Employment, or Enrollment From (Mo / Day / Yr) To (Mo / Day / Yr) |
|---|---|
| | |

| 25. Street No., Street Name, Building No., Dept. No. |
|---|
| |

| 26. Address of Institution of Higher Education (Include City, State, Zip) | 27. County | 28. ☐ I am no longer attending, employed at or enrolled at an institution of higher education. |
|---|---|---|
| | | |

**Motor Vehicle Data**

*29. Complete the information below for all vehicles to which the offender has access*

| Owner's Name | License Plate No. | Issuing State | Vehicle Yr. | Make | Model | Color |
|---|---|---|---|---|---|---|
| Vincent P. Murray | 68380 | RI | 02 | Nissan | Front | Silver |
| | | | | | | |
| | | | | | | |

**Internet Data**

| 30. If Sex Offender subscribes to an Internet account, list name(s) of internet service provider(s) | 31. User Screen Name(s) | 32. E-Mail Address(es) |
|---|---|---|
| | | |

*If the sex offender is currently incarcerated, please complete the following:*

| Name of Facility | Inmate ID No. | Anticipated Release Date (Mo / Day / Yr) |
|---|---|---|
| | | |

| Notifying Officer | Notifying Agency Name | Agency Telephone No. |
|---|---|---|
| | | ( ) |

| Notifying Officer's Signature | Date (Mo / Day / Yr) |
|---|---|
| | |

"I acknowledge that the information on this form is true and accurate. Offering false information or failing to provide required information is a crime."

[signature] Sex Offender's Signature — 2/8/06 Date

Sex Offender must sign and date this form and follow the instructions on the back of this form.

White Copy - DCJS   Yellow Copy - Agency   Pink Copy - Offender   Green Copy - Supervising Agency

Exhibit # 6

HIGH SHERIFF DEPARTMENT
COLUMBIA COUNTY NEW YORK

DATED FEBURARY 7 2006

Re: CHANGE OF ADDRESS:

In compliance with State Statute 11-37-16 (a) Sex Offender Law and the terms of release consistent with the charge filed on July 10,1995 and sentencing Court on December 13,1996 which were subject to 11-37-16 Geneeral Law entitled "Sexual Assault" Registration of Sex Offenders

§ (a) Duty to Regester; Any person since July 1,1992 has been or hereafter be, convicted of any offensein violation of this Chapter or convicted in another State of first degree sexual assault which if committed in this State would constitute a violation of this Chapter, shall, within "60" days after July 21,1992 or within "30" days of coming into any city or town in which the person shall reside, register with the Chief of Police of the city or town.

§ (i) Confidential Records; which states; the statements photographs and fingerprints required by this section shall not be open for inspection by the public or any person other than a regurlarly employed Law enforcement Officer.

The Rhode Island Supreme Court confirmed this Rule in STATE V FLORES 714 A2d 581 (1998) and re affirmed it in STATE V SANTOS Docket # 2001-0516 Appeal (march 16,2005) stating; § 11-37-16 cannot be read as imposing duties on offender in addition to those imposed by virtue of subsection (a) Duty to Regester.

iN BOARD OF EXAMINERS OF SEX OFFENDERS V RANSON

672 NYS 2d THE NEW YORK SUPREME COURT RULED:
The Board of examiners of SexOffenders lacked standing to challenge the determination of the sentencing Court with respect to the offenders Risk level.

IN SMITH V DOE 155 Led2d 164 The U.S.Supreme Court ruled; Justice Souter in concuring with the judgment ruled; (1) a presumption of constitutionality was normally accorded a State Law, and (2) that presumption gave the State the benefit in close cases.

Wherefore , as petitioner was not assigned a risk level at sentencing, it is clear and unambiguous that offender Vincent P. Murray be accorded the lowest risk level of public notification upon chg of address.

This change of address is in compliance with and at the direction of the New York Interstate Compact Administrater, § 168iof the Sex Offender Act and 11-37.1-5 (c) community Notification,

Offender is presently regestered with the Pawtucket Police Department as residing at 422 Armistice Boulevard Pawtucket,R.I. and also regestered with the High Sheriff of Columbia County at the Offenders property and work site on Route #20 West Lebanon, N,Y,

As the work site on U.S.20 did not qualify as a residence by the Albany Probation Department offender has changed his permanent physical address to: Lebanon Valley Apartments apt.#3 487 Rte20 New Lebanon, New York approxametly "3" miles East of present work site.

IN PEOPLE V SUMPTER 676 NYS 2d 825, The New York State Supreme Court ruled; The burden of proof for establishing that a sex offender should be placed in a particular level for the purpose of the amount of disclosure of his prior record permitted under the Sex Offender Registration Act lies with the Government by "clear and convincing evidence". see: PEOPLE V MALLOY 740 NYS2D 330.

Offenders Appeal of Conviction is presently before the U.S. Supreme Court on a Motion for Relief under Rule 60(b) Federal Rule of Civil Procedure consistent with 28 USC §1291

IN QUACKENBUSH V ALLSTATE INSURANCE 135 Led2d 1, The U.S.Supreme Court ruled; wWth respect t0 28 USC§1291 which confers on Federal Courtsof Appellate jurisdiction over appeal from final decisions of the Federal District Courts, the general rule is that a party is entitled to a single appeal to be deffered until final judgment has been entered, in which claims of District Court error in any stage of the litigation may be ventilated..

Respectfully submitted

Vincent P. Murray

Vincent P.Murray
P.O.BOX 283
West Lebanon, N.Y. 12195

Copy Rec.
2/8/06 1:00pm
Inv. Daniel P Bartlett
#15

*Exhibit #7*

**State of Rhode Island and Providence Plantations**

**Case ID:** W2-1995-0401A
**Warrant ID:** SC034516 SUPERIOR COURT FELONY WARRANT
**Location:** PROVIDENCE COUNTY
**Court:** SUPERIOR COURT
**Police Dept:** RHODE ISLAND STATE POLICE DETECTIVES

**Defendant Name:** VINCENT P MURRAY
**BCI#:** 09508696 **Date of Birth:** 05-NOV-1922
**Address:** 422 ARMISTICE BLVD
PAWTUCKET RI 02860

**Reason for Warrant:** VIOLATION OF PROBATION 32F
**Lead Charge:** 2ND DEGREE CHILD MOLESTATION
**Bond Text:**

To any authorized officer:
You are hereby commanded to arrest said defendant(Alias, John/Jane Doe) and to present him/her before the above court to answer there to or commit him/her to the Adult Correctional Institutions until recognizance is given with/without surety as stated herein.

**Issuing Judge** RUBINE, JUDGE

**Produced Date** 03-APR-2006

X ____________________
**Clerk**

**DISPOSITION**

Date _ Defendant presented to said court
/ / _ SUPERIOR COURT FELONY WARRANT Withdrawn

Court order:

SC034516

X ____________________
Signature

Exhibit # 9

6/08/07

COLUMBIA COUNTY TREASURER'S OFFICE
P.O. BOX 574
HUDSON, N.Y. 12534
(518) 828-0513

STATEMENT OF OVERDUE TAXES WITH INTEREST CALCULATED THROUGH 6/30/07

MURRAY VINCENT P
PO BOX 283
WEST LEBANON NY 12195

LOCATION: U.S. 20

TOWN: NEW LEBANON

SWIS: 104800 SBL: 8.-2-48

| YEAR | CERT | AMOUNT DUE | PENALTIES | TOTAL |
|---|---|---|---|---|
| 2007 | | 348.87 | 24.12 | 372.99 |
| TOTALS*** | | 348.87 | 24.12 | 372.99 |

NEW YORK STATE REAL PROPERTY TAX LAW NOW ALLOWS COUNTIES TO ESTABLISH STRUCTURED PAYMENT PLANS FOR OVERDUE TAXES. PLEASE CALL THE COLUMBIA COUNTY TREASURER'S OFFICE FOR ADDITIONAL INFORMATION INCLUDING ELIGIBILTY REQUIREMENTS, TERMS AND CONDITIONS.
IF PAYMENT IS BEING MADE AFTER THE DATE THROUGH WHICH INTEREST IS

CALCULATED ABOVE, PLEASE CALL THE COUNTY TREASURER'S OFFICE TO CONFIRM THE EXACT INTEREST WHICH IS DUE WITH YOUR PAYMENT OF TAXES.

NOTE: - THE TAXES MUST BE PAID STARTING WITH THE MOST RECENT AND WORKING BACKWARD TO THE OLDEST.

*AFTER FIVE DAYS RETURN TO*
KENNETH H. WILBER
COLUMBIA COUNTY TREASURER
P.O. BOX 574
HUDSON, NEW YORK 12534

ADDRESS CORRECTION REQUESTED

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 00.410
0002375560 JUN 15 2007
MAILED FROM ZIP CODE 12534

122 NFE 1 C06C 00 06/19/07
NOTIFY SENDER OF NEW ADDRESS
MURRAY'VINCENT P
1400 NE 2ND AVE APT 1003
PORTLAND OR 97232-1144

BC: 97232114453 *2358-02154-15-45

12195302B3 B002

Exhibit #10

STATE OF NEW YORK
COUNTY OF COLUMBIA
COUNTY, FAMILY AND SURROGATE'S COURTS
CHAMBERS

PAUL CZAJKA
Judge

JOHN C. COUCH
Court Attorney

May 31, 2007

Vincent P. Murray
I.S.C. ID: 103847
P.O. Box 8249
Cranston RI 02920

Re: People v. Murray
PV201-06

Dear Mr. Murray:

Please find enclosed a copy of the transcript from Waiver of Extradition proceedings held on November 29, 2006 before Judge Czajka.

Sincerely,

Lisa Bleau

Lisa Bleau
Secretary to Judge

:lb
Enclosure
cc: (w/o enclosure)
Dorothy Prest, Chief Clerk

COPY

COUNTY COURT OF THE STATE OF NEW YORK
COUNTY OF COLUMBIA

---

THE PEOPLE OF THE STATE OF NEW YORK

-against- PV201-06

VINCENT MURRAY,

Defendant.

---

Columbia County Court
Columbia County Courthouse
Hudson, New York 12534
November 29, 2006

B E F O R E:

HON. PAUL CZAJKA,
County Court Judge

A P P E A R A N C E S:

BETH COZZOLINO, ESQ.
District Attorney of Columbia County
Courthouse Annex
Hudson, New York 12534

BY: DAVID COSTANZO, ESQ., of Counsel
Assistant District Attorney

CHARLES E. INMAN, ESQ.
Public Defender of Columbia County
Attorney for VINCENT MURRAY
610 State Street
Hudson, New York 12534
BY: DAVID SETH MICHAELS, ESQ., of Counsel
Assistant Public Defender

DEFENDANT PRESENT IN PERSON
Clerk of the Court

(9:24 A.M.)

**PROCEEDINGS.**

THE CLERK: Your Honor, we have Vincent P. Murray, Waiver of Extradition.

MR. MICHAELS: Your Honor, I previously had Mr. Murray execute a Waiver of Extradition to return to the State of Rhode Island.

THE CLERK: Mr. Murray, raise your right hand.

DEFENDANT MURRAY: (Indicating).

THE CLERK: Do you solemnly swear or affirm that the testimony you shall give in this proceeding will be the truth, the whole truth, and nothing but the truth, so help you God; or so you do affirm?

DEFENDANT MURRAY: I do.

THE CLERK: The Court Attendant is showing you a document with initials in the margins. Are those your initials?

DEFENDANT MURRAY: Yes, they are.

THE CLERK: On the last page, there is a signature. Is that your signature?

DEFENDANT MURRAY: Yes, ma'am.

THE CLERK: And do you swear to the

truth of this document?
DEFENDANT MURRAY: Well, I didn't read the document, your Honor.
MR. MICHAELS: Excuse me, I read it to you; do you remember?
DEFENDANT MURRAY: What's that?
MR. MICHAELS: Do you remember my reading the document to you?
DEFENDANT MURRAY: Well --
THE COURT: Take him back.
DEFENDANT MURRAY: I guess I remember it.
MR. MICHAELS: They're going to take you back down.
THE COURT: How old are you, Mr. Murray?
DEFENDANT MURRAY: 85 the next birthday. I'm 84. I'll be 85 the next birthday.
THE COURT: Let's not do this by fax anymore, no more faxes.
MR. MICHAELS: All right.
DEFENDANT MURRAY: I'm hard of hearing, sir.
THE COURT: I'm going to talk louder.

Mr. Murray, can you read and write?

DEFENDANT MURRAY: Yes, ma'am -- sir.

THE COURT: How is your eyesight?

DEFENDANT MURRAY: Pretty good. I can get by.

THE COURT: Are you sober right now?

DEFENDANT MURRAY: Absolutely.

THE COURT: Do you have any disabilities?

DEFENDANT MURRAY: Just hearing and -- my hearing disability.

THE COURT: Do you have any disabilities that affect your ability to understand me?

DEFENDANT MURRAY: No, I don't.

THE COURT: You and Mr. Michaels have talked about the fact that there's a warrant for the arrest of a Vincent Murray in Rhode Island?

DEFENDANT MURRAY: Yes. I realize that --

THE COURT: Wait, stop talking. Just answer my questions.

Are you satisfied with the advice you have gotten from Mr. Michaels?

DEFENDANT MURRAY: Yes, yes.

THE COURT: Now, there's a warrant for the arrest of somebody by the name of Vincent Murray coming out of Rhode Island; do you understand that?

DEFENDANT MURRAY: Yes.

THE COURT: And as a consequence, you were arrested here; do you understand that?

DEFENDANT MURRAY: No.

THE COURT: You don't understand that you were arrested?

DEFENDANT MURRAY: I was arrested.

THE COURT: How do you think you got handcuffs on you?

DEFENDANT MURRAY: I was arrested on a fraudulent warrant.

THE COURT: Well, whatever you were arrested for, you got arrested.

DEFENDANT MURRAY: I got arrested but the warrant was fraudulent; all right?

THE COURT: Go talk to your attorney.

(9:27 - 9:47 A.M. - WHEREUPON, THE COURT CALENDAR CONTINUED.)

**P R O C E E D I N G S**

MR. COSTANZO: Your Honor, we have

Vincent P. Murray, Waiver of Extradition.

MR. MICHAELS: Before you proceed with this, my understanding from Mr. Murray is that he wishes to waive extradition to return to the State of Rhode Island. I have explained to Mr. Murray on a couple of occasions that he has a right to contest a formal extradition by bringing a Writ of Habeas Corpus; and I have explained to him that there are two issues and only two issues that can be raised in that Habeas Corpus application, specifically whether he is Vincent Murray, and secondly, whether he is the Vincent Murray who is wanted by the State of Rhode Island in connection with the claim that he violated probation. I have shown Mr. Murray and provided him with copies of the documents seeking his extradition to Rhode Island.

I have also explained to him that there is nothing requiring him in any way whatsoever to give up his right to a formal extradition, and that if he wishes to have the proceeding formally taken care of in terms of a Governor's Warrant, that he is entitled to do that. However, I have also advised him

that that process may result in his being incarcerated in the Columbia County Jail for months waiting for those documents to be produced so that he could be rendered to the State of Rhode Island.

I have also explained to him that under my understanding of the extradition statutes and the interstate compact on extradition, there is not a time limit under which the governors of the State of Rhode Island and the State of New York must act to produce him in Rhode Island on a formal extradition. That having been said and that having been explained to Mr. Murray, Mr. Murray informs me that he wishes to waive extradition and to return to the State of Rhode Island to contest the claim that he violated his probation, which in turn led to the issuance of a warrant which Mr. Murray has characterized as fraudulent because his statement is that he did not violate his probation. Thank you.

THE COURT: All that true, Mr. Murray?

DEFENDANT MURRAY: Absolutely.

THE COURT: All right. Now, I don't

know whether you violated your probation in fact. In fact, I don't even care. In fact, I don't even know if you were on probation. I don't even know if you were ever in Rhode Island, but I do know that Rhode Island wants somebody by the name of Vincent Murray.

DEFENDANT MURRAY: Yes.

THE COURT: Do you freely and voluntarily give up your right to contest that you're that Vincent Murray?

DEFENDANT MURRAY: No, I don't.

THE COURT: You don't give it up?

DEFENDANT MURRAY: I don't contest it, I'm sorry.

THE COURT: So you give up that right to contest that you are Vincent Murray?

DEFENDANT MURRAY: I am Vincent Murray.

THE COURT: And do you want to go back to Rhode Island and deal with these false charges, as you say?

DEFENDANT MURRAY: As soon as I can, your Honor. I thought I could deal with them here, but evidently I can't.

THE COURT: I'm making the order. Is

that what you want me to do?

DEFENDANT MURRAY: To go back?

THE COURT: Yes.

DEFENDANT MURRAY: Yes, as soon as possible, sir.

MR. MICHAELS: Your Honor, I'm requesting that the District Attorney call the Rhode Island authorities today, request that they pick up Mr. Murray. Mr. Murray has been here since the 14th, and anything they can do to remove him to go back down there would be appreciated.

THE COURT: Mr. Murray, good luck, sir.

DEFENDANT MURRAY: Thank you, sir. Another thing I would like to mention, sir, is the man that made this warrant, a probation officer, made the accusation. Well, he didn't quote any laws, and according to Marbory versus Madison, this country is made up of law, not of man, and a man made this accusation, and it's absolutely positively -- and I got proof right here in my folder that it's fraudulent. It's a fraudulent warrant, and I thought I would be able to express that

fact to the court. Article 3 of the U.S. Constitution says you have the right to do that, to address this, and that's what I was going on.

THE COURT: Did you ever hear of Marbory v. Madison, Mr. Keeler?

DEFENDANT MURRAY: 1803.

MR. KEELER: Sir, that was after my time when I went to law school.

DEFENDANT MURRAY: Your Honor, that was reiterated in Williams versus Taylor in the year 2000 by Sandra Day O'Connor.

MR. MICHAELS: All right. They'll send somebody to pick you up.

THE COURT: Thank you, Mr. Murray. Good luck.

DEFENDANT MURRAY: I appreciate that, Judge.

(9:58 A.M. - WHEREUPON, THE ABOVE PROCEEDINGS CONCLUDED.)

CERTIFICATION

I, THERESA C. VINING, hereby certify and say that I am a Shorthand Reporter and a Notary Public within and for the State of New York; that I acted as the reporter at the proceedings herein, and that the transcript to which this certification is annexed is a true, accurate and complete record of the minutes of the proceedings to the best of my knowledge and belief.

THERESA C. VINING

DATED: January 10, 2007

Exhibit #11

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
DEPARTMENT OF ATTORNEY GENERAL
4800 Tower Hill Road
Wakefield, Rhode Island 02879
Patrick C. Lynch, Attorney General

**32(f) Violation Report**

March 31, 2006

STATE OF RHODE ISLAND

INDICTMENT/INFORMATION
**W2/95-0401A- 2nd Degree Child Molestation**

v.

**VINCENT MURRAY (DOB: 11-05-22)**

The defendant in the above-entitled matter is considered an alleged violator of the terms of his/her probation. The defendant was sentenced to:

**15 Years; 6 Years to serve/ 9 Years Suspended/Probation.**

which was imposed on: **12-13-96.**

A warrant has been requested in order to present the defendant to the Court.

The Attorney General, in accordance with Rule 32(f) of the Rules of Criminal Procedure of the Superior Court, specifies the following as the grounds upon which action is sought to adjudge the above named defendant a violator.

**See attached Probation Report dated February 16, 2006.**

(Special) Assistant Attorney General

A copy of this statement was furnished to the defendant on the 8 day of Dec., 2006.

**WARRANT ISSUED:** ______________

Exhibit # 12





VINCENT P. MURRAY TRACTOR-TRAILER TRUCK YARD
STATE ROUTE 20, WEST LEBANON, NY
BEFORE EXTENDED STAY IN CRANSTON, RI





VANDALISM OF VINCENT P. MURRAY PROPERTY
STATE ROUTE 20, WEST LEBANON, NY
DURING EXTENDED STAY IN CRANSTON, RI





VANDALISM OF VINCENT P. MURRAY PROPERTY
STATE ROUTE 20, WEST LEBANON, NY
DURING EXTENDED STAY IN CRANSTON, RI






VANDALISM OF VINCENT P. MURRAY PROPERTY
STATE ROUTE 20, WEST LEBANON, NY
DURING EXTENDED STAY IN CRANSTON, RI