United States District Court
for the District of Rhode Island

Case 07-465 ML

Vincent P. MURRAY

v

New York State Troopers
Maggs, Mulvern, Deleon

Consistent with the Order handed down on Dec. 19, 2007, plaintiff (petitioner) Vincent P. MURRAY re-submits this Civil Complaint CA-07-465-ML under 42 USC. § 1983 with the required certified copy of my prisoner trust fund account statement for the "6" month period immediately proceeding the filing of the complaint consistent with 28 USC § 1915 (a)(2) Entered as Exhibit #12 Enclosed

Accordingly petitioner submits his certified prison trust fund account and the greater of 20% of the average monthly balance of 209.45 which amounts 42.00 of the 350.00 filing fee will be submitted submitted in a seperate filing consistent with the policy of payments by the ACI.

Respectfully Submitted
Vincent P. Murray

Vincent P. MURRAY
Med-1- Id. 103847
P.O. Box 8274
Cranston R.I. 02920

Consistent with Haines v Kerner 30 L.Ed 2d 652; Being a Pro Se Litigant, I respectfully Request that I not be held to the Stringent standards of an Attorney

Sincerely
Vincent P. Murray