UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VINCENT P. MURRAY,<br>Plaintiff,<br><br>v.<br><br>TROOPER MAGGS, NEW LEBANON, N.Y., BARRACKS;<br>TROOPER MULVERN, NEW LEBANON, N.Y., BARRACKS;<br>TROOPER DELEON, NEW LEBANON, N.Y., BARRACKS,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 07-465 ML |

**ORDER GRANTING**
**THIRD APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff Vincent P. Murray ("Plaintiff") seeks relief pursuant to 42 U.S.C. § 1983, see Complaint (Document ("Doc.") #1), and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a), see Application to Proceed without Prepayment of Fees and Affidavit (Doc. #8) ("Third Application").[1] The Third Application is hereby GRANTED.

The filing fee for a civil action is $350.00. See 28 U.S.C. § 1914, as amended effective April 8, 2006, Pub. L. 109-171 120 Stat. 4, February 8, 2006. Pursuant to the Prison Litigation Reform Act of 1995 ("the Act"), adopted April 25, 1996, and codified at 28 U.S.C. § 1915(b)(1), a prisoner seeking to file in forma pauperis must pay as an initial filing fee the

[1] This is Plaintiff's third Application to Proceed without Prepayment of Fees and Affidavit (Document ("Doc.") #8). This Magistrate Judge denied Plaintiff's first two applications because, although Plaintiff had submitted copies of his prisoner trust fund account statement, they were not certified by an appropriate official at the Adult Correctional Institutions ("A.C.I."), where Plaintiff is currently confined. See Order Denying without Prejudice [First] Application to Proceed in Forma Pauperis (Doc. #4); Order Denying without Prejudice Second Application to Proceed in Forma Pauperis (Doc. #7).

greater of twenty percent (20%) of the average monthly deposits to his account or the average monthly balance for the six months prior to the filing of his Complaint. Subsequently, a prisoner must pay monthly twenty percent (20%) of the previous month's balance in his or her account.

Based on the Inmate Statement attached to the Third Application, the monthly deposits to Plaintiff's account averaged $196.95 during the six months preceding the filing of the Complaint. The average monthly balance during the same period was $238.99. Accordingly, Plaintiff is required to pay as an initial filing fee $47.80 ($238.99 x 20% = $47.80). Thereafter, the A.C.I. is directed to forward to the Court monthly twenty per cent (20%) of Plaintiff's average daily balance for the previous month.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
January 29, 2008