U.S. District Court of Rhode Island
Providence, Rhode Island

Case # 07-465 ML

Vincent P. MURRAY

V

Trooper Maggs New Lebanon, N.Y. Barracks et. al
Trooper Mulvein New Lebanon, N.Y. Barracks et. al
Trooper Deleon New Lebanon N.Y. Barracks et. al

Now comes petitioner plaintiff Vincent P. MURRAY and respectfully request a continuance of "60" days on the above case No. 07-465 due to the fact that I have not received answers to my subpoena's that were served on the defendants, after re-submitting my second application and agreeing to to have the $350 filing fee pursuant to the prison Litigation Reform Act and codified in 28 USC 1915 (b)(1) deducted from my prison trust fund account.

I assumed the subpoena's would be addressed and the case would go foreward, as I have not received an answer from my waiver of services.

I respectfully request that I not be held to the stringent standards of an attorney Consistent with Haines -v- Kerner 30 LEd 2d 652 due to petitioners;

(a) limited education, 8 grade grammer School

(b) advanced age, 85 years

(c) diminished capacity, short term memory loss due to brain injury and the effects of stroke and seizures over the past several years.

Respectfully submitted
Vincent P. Murray

Vincent P. MURRAY
Med.-L Id. 103847
P.O. Box 8274
Cranston, RI. 02920

Dated May 2, 2008

-8 V # 20
FILED