UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VINCENT P. MURRAY

v. CA 07-464 ML

DAVID FLORIO, et al.

VINCENT P. MURRAY

v. CA 07-465 ML

STATE TROOPER MAGGS, et al.

# ORDER

On April 22, 2008, this Court issued orders to show cause why these cases should not be dismissed for lack of prosecution. Plaintiff has responded to those orders, however, he has not shown good cause.

Accordingly, these cases are dismissed without prejudice for lack of prosecution. DRI LR Cv 41.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
May 15, 2008